UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KELLEY MILLER,
        Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
        Defendant.

Case No.: 5:18-cv-151
Hon. Maurice J. Hicks

NOTICE OF SETTLEMENT

_____ /

## NOTICE OF SETTLEMENT

Plaintiff Kelley Miller notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 5th day of November, 2018.

Dated: November 5, 2018

        */s/ Dorothy Butler Lawrence*
        Dorothy Butler Lawrence
        Dorothy Butler Law Firm
        28515 Ranch Rd 12
        Dripping Springs, TX 78620
        Tel: 512-699-5632
        Fax: 512-369-3535
        Email: dorothy@dorothybutlerlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5th day of November, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Melanie Renee Finkelstein
Hunton Andrews Kurth (DAL)
1445 Ross Ave Ste 3700
Dallas, TX 75202
214-979-8231
214-880-0011 (fax)
mfinkelstein@huntonak.com

Adam C Ragan
Hunton Andrews Kurth (DAL)
1445 Ross Ave Ste 3700
Dallas, TX 75202
214-979-3000
214-979-3959 (fax)
aragan@huntonAK.com

/s/ Dorothy Butler Lawrence
Dorothy Butler Lawrence
Dorothy Butler Law Firm
28515 Ranch Rd 12
Dripping Springs, TX 78620
Tel: 512-699-5632
Fax: 512-369-3535
Email: dorothy@dorothybutlerlawfirm.com